IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.                                                   Civ. No. 05-1177 WPJ/RLP
                                                     Cr.  No. 03-210 WPJ

GABRIEL GUILLEN-ZAPATA,

    Defendant/Movant.

ORDER

THIS MATTER comes before the Court on the Magistrate Judge's Report & Recommendation [Doc. 15], the Defendant having filed objections thereto [Doc. 16], and the Court having made a *de novo* review of the record, finds that the objections are not well-taken.  The Court finds that the Magistrate Judge's Report & Recommendation recommending dismissal should be adopted by the Court.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report & Recommendation is hereby adopted by the Court and this case is dismissed with prejudice.

                                                          William P. Johnson
                                                          United States District Judge